# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Brandon Starkweather, *Plaintiff* v. Captain Marvin Nix *in their individual capacity*; Southern Health Partners *Medical Staff in their individual capacity*; Jennifer Hairsine *Southern Health Partners Owner in their individual capacity,* *Defendants* | ) ) ) ) ) ) | Civil Action No. 1:19-cv-00261-TLW |
|---|---|---|

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Brandon Starkweather, shall take nothing of the defendants, Captain Marvin Nix *in their individual capacity*, Southern Health Partners *Medical Staff in their individual capacity* and Jennifer Hairsine *Southern Health Partners Owner in their individual capacity,* and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Terry L. Wooten, Senior United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date: February 24, 2020

ROBIN L. BLUME, CLERK OF COURT

s/L. Baker

*Signature of Clerk or Deputy Clerk*